No. 184, Misc. CRAWFORD v. LYDICK ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Richard H. Paulson* for Lucien F. Sweet, Circuit Court Judge, respondent. *William H. Culver* and *Louis R. Young* for other individual respondents.

No. 186, Misc. SCOLERI v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Michael von Moschzisker* for petitioner. *Victor H. Blanc* for respondent.

No. 188, Misc. BONDS v. NATIONAL SURETY CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Herbert Garon* for petitioner.

No. 189, Misc. RICKETTS v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 190, Misc. ELLIS v. RAINES, WARDEN. Supreme Court of Oklahoma. Certiorari denied.

No. 192, Misc. JACKSON v. JACKSON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Eugene X. Murphy* for petitioner.

No. 193, Misc. LINDEN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 195, Misc. SIMMON v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 198, Misc. McDANIEL v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.